# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 10, 2011

No. 11-30028

Lyle W. Cayce
Clerk

SIDE BY SIDE REDEVELOPMENT, INCORPORATED,

> Plaintiff - Appellant

v.

CITY OF NEW ORLEANS,

> Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-CV-3860

Before JONES, Chief Judge, and DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light of the briefs, oral argument and pertinent portions of the record. Having done so, we find no violation of procedural due process and therefore AFFIRM the district court's judgment.

**AFFIRMED**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.